```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 08-cr-150-PB

**Anh Thuy Nguyen**


**O R D E R**

Defendant, Anh Thuy Nguyen, through counsel, has moved to continue the trial scheduled for April 7, 2009, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to May 5, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 26, 2009 final pretrial conference is continued to April 27, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 24, 2009

cc:  Lawrence Vogelman, Esq.
     Jennifer Davis, AUSA
     United States Probation
     United States Marshal