```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                           Case No. 08-cr-150-PB

**Anh Thuy Nguyen**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009 citing the need for additional time to complete enrollment of the defendant in the diversion program.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 5, 2009 to July 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 27, 2009 final pretrial conference is continued to June 23, 2009 at 3:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 28, 2009

cc: Lawrence Vogelman, Esq.
    Jennifer Davis, Esq.
    United States Probation
    United States Marshal