**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                               Case No. 08-cr-150-PB

<u>Anh Thuy Nguyen</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to complete enrollment of the defendant in the Diversion Program. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to August 18, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

        /s/Paul Barbadoro
        Paul Barbadoro
        United States District Judge

June 23, 2009

cc: Lawrence Vogelman, Esq.
    Jennifer Davis, Esq.
    United States Probation
    United States Marshal